UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA ELIZABETH HOLDER,<br><br>  Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>  Defendant. | Case No.: 2:24-cv-00092-NJK<br><br>**Order** |

Plaintiff is **ORDERED** to file her opening brief by January 27, 2025. The Commissioner's brief must be filed by February 17, 2025. Any reply must be filed by February 24, 2025. The Order to Show Cause is dismissed.

IT IS SO ORDERED.

Dated: January 6, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1