# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

VICTORIA ELIZABETH HOLDER,

    Plaintiff,

v.

MARTIN O'MALLEY,

    Defendant.

Case No.: 2:24-cv-00092-NJK

**Order**

Plaintiff filed her opening briefs well in advance of the Court's deadline.[1] Docket Nos. 20, 21; *see also* Docket No. 19. Accordingly, the Court **ADVANCES** the responsive deadlines. The Commissioner's brief must be filed by January 27, 2025. Any reply must be filed by February 3, 2025.

IT IS SO ORDERED.

Dated: January 13, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] For reasons unknown to the Court, Plaintiff filed two opening briefs. Docket Nos. 20, 21. As the briefs combined are below the page limit, *see* Local Rule 7-3, the Court will consider all issues presented in both briefs.

1