# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA H., | Case No. 2:24-cv-00092-NJK |
| Plaintiff, | **Order** |
| v. | |
| LELAND C. DUDEK, | |
| Defendant. | |

Leland C. Dudek is now Acting Commissioner of Social Security.  A "[public] officer's successor is automatically substituted as a party."  Fed. R. Civ. P. 25(d).  Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Leland C. Dudek in place of Martin O'Malley.

IT IS SO ORDERED.

Dated: February 26, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1